UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-00229 |
| v. | ) | |
| | ) | Judge Haynes |
| JOSEPH D. WHELISS, JR. | ) | |

### JOINT MOTION TO SET SENTENCING HEARING

The United States of America, through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Sandra G. Moses, and defendant, Joseph D. Wheliss, Jr., through defendant's counsel, Peter J. Strianse, move this Honorable Court to set a date and time for a sentencing hearing in this case. Previously, the Court had continued this matter at the request of the defendant.

In order to assist the Court in setting a time for the hearing, the parties hereby notify the Court that both parties are available at any time on Friday, September 13, 2013.

Respectfully Submitted,

DAVID RIVERA
Acting United States Attorney

s/Sandra G. Moses               s/Peter J. Strianse
SANDRA G. MOSES                 PETER J. STRIANSE
Assistant U.S. Attorney         Attorney for Joseph D. Wheliss, Jr.

*[Handwritten annotation: ORDER — This motion is GRANTED. Set the date requested at 3:00 [signature] USDJ 6-28-13]*